Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant LUIS JAVIER MERANCIO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS JAVIER MERANCIO,<br><br>Defendant. | Case No. 1:19-CR-00220-NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING AND ORDER**<br><br>Date: March 30, 2020<br>Time: 8:30 a.m.<br>Court: Hon. Sheila K. Oberto |

## STIPULATION

The defendant, LUIS JAVIER MERANCIO, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Stephanie Stokman, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on March 30, 2020, at 1:00 p.m.

2. By this stipulation, the parties move to continue the status conference hearing until June 29, 2020. and to exclude time between March 30, 2020, and June 29, 2020., under 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

3. The parties agree and stipulate, and request the Court find the following:

      a.     Defense counsel for Mr. Merancio is still in the process of reviewing discovery and conducting investigation.

      b.     Additionally, defense counsel has requested additional items of discovery from the U.S. Attorney's Office which are still pending.

      c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.     For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of March 30, 2020, to June 29, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 16, 2020

/s/ SERITA RIOS
_____

**Serita Rios**
Attorney for Defendant

Dated: March 16, 2020

/s/ STEPHANIE STOKMAN
_____

**STEPHANIE STOKMAN**
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **March 16, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE