Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant LUIS JAVIER MERANCIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS JAVIER MERANCIO,<br><br>    Defendant. | Case No. 1:19-CR-00220 NONE<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO INCLUDE THE BETTER CHOICES COURT PROGRAM |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that Mr. Merancio's conditions of release be modified to add condition (7)(e) to read as follows:

> You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, telephonically on May 19, 2021 at 10:00 a.m. The call-in information will be provided to you by your pretrial services officer.

The recommendation for participation in the Better Choices Court Program has been made by Pretrial Services Officer Jessica McConville. The government is in agreement with the proposed modification. All other terms and conditions of pretrial

release will remain in full force and effect.

Dated: May 11, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Serita Rios
　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　SERITA RIOS
　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: May 11, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Stephanie Stokman
　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　STEPHANIE STOKMAN
　　　　　　　　　　　　　　　　　Assistant United States Attorney

ORDER

Good cause appearing, the conditions of release for defendant, LUIS JAVIER MERNACIO, shall be modified to include the Better Choices Court program as stated above in condition (7)(e). All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 11, 2021**　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE