PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>LUIS MERANCIO,<br><br>               Defendant. | CASE NO.  1:19-CR-00220-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on May 4, 2022.

2.      By this stipulation, defendant now moves to schedule a change of plea hearing on May 6, 2022, which will take place after the period of excludable time.  The parties therefore move to have the change of plea hearing scheduled for May 6, 2022, at 9:00 a.m., and to exclude time as to defendant Luis Merancio through May 6, 2022 for the reasons set forth below.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties have entered into a plea agreement.

b)      Counsel for defendant desires the status conference date be vacated so that a change of plea hearing can be set in order to facilitate a resolution in this matter.

c)      The government does not object to the continuance.

STIPULATION

1

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 20, 2022                                          PHILLIP A. TALBERT
                                                                United States Attorney


                                                                /s/ STEPHANIE M. STOKMAN
                                                                STEPHANIE M. STOKMAN
                                                                Assistant United States Attorney


Dated:  April 20, 2022                                          /s/ SERITA RIOS
                                                                SERITA RIOS
                                                                Counsel for Defendant
                                                                LUIS MERANCIO


## ORDER

IT IS SO ORDERED.



DATED:  4/21/2022                              *Sheila K. Oberto*
                                              U.S. MAGISTRATE JUDGE SHEILA K. OBERTO

STIPULATION                                        2