HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M$^c$CLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
LUIS JAVIER MERANCIO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00220 JLT |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE** |
| v. | |
| LUIS JAVIER MERANCIO, | |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

It is hereby stipulated and agreed to between the United States of America, by and through STEPHANIE M. STOKMAN, Assistant United States Attorney, and defendant LUIS JAVIER MERANCIO, by and through his counsel, ANN C. M$^c$CLINTOCK, Assistant Federal Defender, that the following briefing schedule be set to give the parties sufficient time to obtain and review needed records.  This additional time is requested due to delays experienced by the defense in communicating with the defendant and the resulting need to provide additional follow-up work.

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 78, or Notice of not filing such a brief, shall be filed by July

/ / /

24, 2023.  The government's Response shall be filed by August 23, 2023.  Defendant's Reply shall be filed by September 7, 2023.

DATED: June 22, 2023                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                         s/ Ann C. McClintock
                                        ANN C. McCLINTOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL KEITH VASQUEZ

DATED: June 22, 2023                    PHILLIP A. TALBERT
                                        United States Attorney

                                        s/ Stephanie M. Stokman
                                        STEPHANIE M. STOKMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

    Dated:   __**June 22, 2023**__                    _____
                                        UNITED STATES DISTRICT JUDGE