PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00220-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |
| v. | |
| LUIS JAVIER MERANCIO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on April 18, 2023. Docket No. 78. On April 25, 2023, the Court referred the motion to the Federal Defender's Office. Docket No. 79. On July 24, 2023, counsel for the defendant filed a Notice of Intention Not to Supplement. Docket No. 83. The Government's response is currently due August 23, 2023. Docket No. 81.

2. Counsel for the government requests additional time to obtain relevant records from the Bureau of Prisons and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

      a)     The government's response to the defendant's motion to be filed on or before September 6, 2023;

      b)     The defendant's reply to the government's response to be filed on or before September 20, 2023.

IT IS SO STIPULATED.

Dated: August 22, 2023                PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ STEPHANIE M. STOKMAN
                                         STEPHANIE M. STOKMAN
                                         Assistant United States Attorney

                                         HEATHER E. WILLIAMS
Dated: August 22, 2023                Federal Defender

                                         */s/ Ann C. M<sup>c</sup>Clintock*
                                         ANN C. M<sup>c</sup>CLINTOCK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         LUIS JAVIER MERANCIO

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)     The government's response to the defendant's motion, (Docket No. 1274), is now due on or before September 6, 2023.

      b)     The defendant's reply to the government's response, if any, is due on September 20, 2023.

IT IS SO ORDERED.

    Dated: **August 22, 2023**                                  _____
                                                           UNITED STATES DISTRICT JUDGE