PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00220-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |
| v. | |
| LUIS JAVIER MERANCIO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on April 18, 2023. Docket No. 78. On April 25, 2023, the Court referred the motion to the Federal Defender's Office. Docket No. 79. On July 24, 2023, counsel for the defendant filed a Notice of Intention Not to Supplement. Docket No. 83. The Government's response is currently due September 6, 2023. Docket No. 85.

2. Counsel for the government requests additional time to review documents received from BOP and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

STIPULATION RE BRIEFING SCHEDULE                              1

a) The government's response to the defendant's motion to be filed on or before September 8, 2023;

b) The defendant's reply to the government's response to be filed on or before September 22, 2023.

IT IS SO STIPULATED.

Dated:  September 6, 2023    PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: September 6, 2023    HEATHER E. WILLIAMS
Federal Defender

/s/ Ann C. M<sup>c</sup>Clintock
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
Attorney for Defendant
LUIS JAVIER MERANCIO

## [PROPOSED] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, (Docket No. 78), is now due on or before September 8, 2023;

b) The defendant's reply to the government's response, if any, is due on September 22, 2023.

IT IS SO ORDERED.

Dated:  **September 7, 2023**

UNITED STATES DISTRICT JUDGE